IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| vs. | : | MAG NO. 18-0010-M |
| | | Violation No(s):  6226735 |
| GMEYRS T. WALKER | : | |

ORDER

Defendant Gmeyrs T. Walker appeared, without counsel, before the undersigned on April 11, 2018, for a Central Violations hearing on Violation No. 6226735 – Urinating in Public on Federal Building, issued on November 16, 2017. Appearing for United States of America was Assistant U. S. Attorney Michael Anderson.  Also present was Inspector Terry Parnell.

The Court advised Defendant Walker of his rights. The United States presented the Court with its facts of the case should the matter go to trial and the maximum sentence that could be imposed.  Further, the United States stated its recommendation should the Defendant enter a guilty plea.  The United States recommended that Defendant Walker pay a fine of $150.00, a $30.00 processing fee and a $10.00 special assessment, for a total of $190.00. Defendant Walker agreed to the facts as stated by the United States and entered a plea of

1

guilty to Violation No. 626735.  The Court accepted the plea and adjudicated Defendant Walker **GUILTY** as charged.  Further, the Court agreed with the plea recommendation of the United States.

Defendant Walker requested additional time in which to pay the $190.00 fine and court costs.  Counsel for the United States advised that the United States had no opposition to Defendant's request.  Accordingly, after careful consideration of the oral request and with no objection by the United States, the Court **GRANTED** the request, in part.  Defendant Walker is **ORDERED** to pay the court costs totaling $40.00 immediately to the Clerk's Office.  The $150.00 fine is to be paid no later than **June 13, 2018**, to the Central Violations Bureau, P. O. Box 71363, Philadelphia, Pennsylvania 19176-1363 or online at www.cvb.uscourts.gov.

Defendant was warned that if he fails to make the payment as ordered, he is **ORDERED** to appear in court on **June 13, 2018**, at **9:30 a.m.**, to show cause for his failure to comply with the Court's order.

DONE this 11th day of April, 2018.

                                       /s/BERT W. MILLING, JR.
                                  UNITED STATES MAGISTRATE JUDGE